IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3-20-CV-298-RJC-DSC

| STEVEN COUTRIER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| v. | ) | **UNOPPOSED MOTION TO STAY** |
| | ) | **PROCEEDINGS AND COMPEL** |
| | ) | **ARBITRATION** |
| FVE MANAGERS INC. | ) | |
| d/b/a SUMMIT PLACE OF | ) | |
| SOUTHPARK, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of *Defendant's Unopposed Motion to Stay Proceedings and Compel Arbitration*, all papers and arguments in support of, and

It appearing to this Court that Plaintiff consents to *Defendant's Unopposed Motion to Stay Proceedings and Compel Arbitration*; and that good cause exists for the granting of this Motion; and that the Motion should be allowed.

**IT IS THEREFORE ORDERED** that *Defendant's Unopposed Motion to Stay Proceedings and Compel Arbitration*, be and the same is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall proceed to arbitration in accordance with the terms of his Agreement as to Defendants.

**IT FURTHER ORDERED** that this proceeding is **STAYED** as to the claims against Defendants pending Arbitration.

**IT IS FURTHER ORDERED** that the parties shall file a status report 120 days from the date of this Order and every 120 days thereafter.

**SO ORDERED**.

Signed: July 28, 2020

David S. Cayer
United States Magistrate Judge