IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:20-cv-298

| | | |
|---|---|---|
| STEVEN COUTRIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| FVE MANAGERS, INC. d/b/a | ) | |
| SUMMIT PLACE OF SOUTHPARK, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Steven Coutrier,

Plaintiff, and FVE Managers, Inc. d/b/a Summit Place of Southpark, Defendant, hereby stipulate

to the dismissal of this action with prejudice. Each party to bear its own costs, fees, and expenses

of litigation.

Respectfully submitted this the 22nd day of November, 2021.

**SPIELBERGER LAW GROUP**                    **JACKSON LEWIS P.C.**

/s/Gary Martoccio_____                   _/s/ H. Bernard Tisdale III_____
GARY MARTOCCIO                               H. BERNARD TISDALE III
North Carolina Bar No. 54125                 N.C. State Bar No. 23980
4890 W. Kennedy Blvd., Suite 950             200 South College Street
Tampa, FL 33609                              Suite 1550, 15th Floor
T: 813.965.1570                              Charlotte, North Carolina 28202
F:866.580.7499                               Tel: (980) 465-7237
gary.martoccio@spielbergerlawgroup.com       Fax: (704) 333-7764
                                             Bernard.Tisdale@jacksonlewis.com

*Attorney for Plaintiff*

                                             *Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:20-cv-298

STEVEN COUTRIER,                          )
                                          )
            Plaintiff,                    )
                                          )
vs.                                       )
                                          )          **CERTIFICATE OF SERVICE**
FVE MANAGERS, INC. d/b/a                  )
SUMMIT PLACE OF SOUTHPARK,                )
                                          )
            Defendant.                    )

The undersigned certifies that on November 22, 2021 the foregoing *Stipulation of Dismissal* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, and a copy served on all parties and their counsel by:

Gary Martoccio
Spielberger Law Group
4890 W. Kennedy Blvd. Ste. 950
Tampa, FL 33606
Gary.Martoccio@spielbergerlawgroup.com
*Attorney for Plaintiff*

**JACKSON LEWIS P.C.**

BY: */s/ H. Bernard Tisdale III*
H. BERNARD TISDALE III
N.C. State Bar No. 23980
200 South College Street
Suite 1550, 15th Floor
Charlotte, North Carolina 28202
Tel: (980) 465-7237
Fax: (704) 333-7764
Bernard.Tisdale@jacksonlewis.com
Daniel.Leake@jacksonlewis.com

*Attorneys for Defendant*

2